**[Dodauf]** [District Order Disapproving Application for Unclaimed Funds]

ORDERED.

Dated: September 9, 2024

Roberta A. Colton
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION
www.flmb.uscourts.gov

In re:                                                                                              Case No.
                                                                                                    8:15−bk−06627−RCT
                                                                                                    Chapter 7

Sonia K. Anderson
fka Sonia Katrice Bryant

_____Debtor*_____/

### ORDER DISAPPROVING APPLICATION FOR PAYMENT OF UNCLAIMED FUNDS

THIS CASE came on for consideration of the Application for Payment of Unclaimed Funds (the "Application") filed by Adams & Cohen, LLC as assignee of Willie Anderson & Iesha Anderson as Beneficiaries of the Estate of Sonia K. Anderson on August 16, 2024 (Doc No. 37 ). The Application does not meet the following requirements of 28 U.S.C. § 2042 and the financial guidelines for the U.S. Bankruptcy Court, Middle District of Florida as follows:

> The Movant did not supply certified copies of all probate documents that substaniate the right to act on behalf of the decedent's estate.

Accordingly, it is

**ORDERED:**

That the Application for Payment of Unclaimed Funds filed by Adams & Cohen, LLC, $11,607.93 is disapproved without prejudice to filing an amended application.

The Clerk's office is directed to serve a copy of this order on interested parties.
*All references to "Debtor" shall include and refer to both of the debtors in a case filed jointly by two individuals.